**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7407**

_____

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

   v.

TYRONE JAVELLE BOWENS, a/k/a Ty,

        Defendant – Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Richard L. Voorhees, District Judge.  (5:02-cr-00037-RLV-1)

_____

Submitted:  October 1, 2009     Decided:  October 21, 2009

_____

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tyrone Javelle Bowens, Appellant Pro Se.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Javelle Bowens appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2006) motion and reducing his sentence to 118 months in prison. We have reviewed the record and find no reversible error. Accordingly, we affirm. <u>United States v. Bowens</u>, No. 5:02-cr-00037-RLV-1 (W.D.N.C. July 16, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>